157 So. 922

## Frank PORTER, alias, etc., v. STATE.

I Div. 139.

Court of Appeals of Alabama.
Nov. 20, 1934.

SAMFORD, Judge.
Affirmed.

160 So. 923

## Alfred PORTER v. STATE.

8 Div. 18.

Court of Appeals of Alabama.
March 19, 1935.

BRICKEN, Presiding Judge.

Appellant was indicted, tried, and convicted for the offense of grand larceny. The court duly sentenced him to serve an indeterminate term of imprisonment in the penitentiary. From the judgment of conviction this appeal was taken.

There is no bill of exceptions in the transcript; the appeal is therefore upon the record proper. We have, as the law requires, examined this record and find no error. The judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

159 So. 895

## Lonnie POWELL v. STATE.

7 Div. 77.

Court of Appeals of Alabama.
Jan. 22, 1935.

SAMFORD, Judge.
Appeal dismissed.

---

160 So. 923

## Cal PRATER v. STATE.

8 Div. 37.

Court of Appeals of Alabama.
March 19, 1935.

BRICKEN, Presiding Judge.

At the May term, 1934, of the circuit court of Limestone county, this appellant was tried and convicted of the offense of unlawfully possessing a still, etc., to be used for the purpose of manufacturing or distilling prohibited liquors or beverages. He was duly sentenced to serve an indeterminate term of imprisonment in the penitentiary. From the judgment of conviction, this appeal was taken. There is no error apparent on the record upon which this appeal is rested. The judgment of the circuit court will stand affirmed.

Affirmed.

151 So. 926

## Dewey PRICE v. STATE.

5 Div. 912.

Court of Appeals of Alabama.
Nov. 28, 1933.

SAMFORD, Judge.
Affirmed.

157 So. 922

## J. P. PRICE v. STATE.

4 Div. 118.

Court of Appeals of Alabama.
Nov. 13, 1934.

RICE, Judge.
Affirmed.